DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OCELYN ST. CYR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-157

[November 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case Nos. 08-4905CF10A, 08-6273CF10A, 08-6274CF10A, 08-6275CF10A and 08-7460CF10A.

Ocelyn St. Cyr, Madison, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS, MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***